# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFREY F. OAKIE, | Case No.: 2:18-cv-01902-APG-GWF |
| Plaintiff | **Order for Status Report** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant | |

On October 25, 2018, the parties informed the court that this matter was settled, and they requested 60 days to file a stipulation to dismiss. ECF No. 5. More than 60 days have passed and no stipulation to dismiss has been filed.

IT IS THEREFORE ORDERED that on or before January 31, 2019, the parties shall file a stipulation to dismiss or a status report regarding settlement.

DATED this 3rd day of January, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE